**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**DANIEL WASHINGTON**                                                                **PLAINTIFF**

**VERSUS**                                                      **CIVIL ACTION NO.3:05cv467TSL-JCS**

**PIKE COUNTY JAIL**                                                                **DEFENDANT**

**FINAL JUDGMENT**

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the   24th   day of March, 2006.


                                         /s/ Tom S. Lee
                                        UNITED STATES DISTRICT JUDGE